NATE REYNOLDS V. CITY OF TECUMSEH.

FILED JUNE 3, 1896.   No. 6624.

1. **Final Order: REVIEW.** To entitle a party to a review there must have been a final order or judgment rendered in the cause.

2. **Judgment for Costs: REVIEW.** A mere judgment for costs is not reviewable before final judgment.

ERROR from the district court of Johnson county. Tried below before BUSH, J.

*L. C. Chapman* and *B. F. Perkins*, for plaintiff in error.

*S. D. Porter* and *T. Appelget, contra.*

NORVAL, J.

This was an action to recover damages for personal injuries received by the plaintiff. Upon a trial of the issues to a jury a verdict was returned for the defendant. Plaintiff presented to the court a motion for a new trial,

which was overruled, and the following judgment was rendered, as shown by the journal entry: "It is therefore considered by the court that the said defendant recover of the said Nate Reynolds its costs herein expended, as heretofore by the verdict of the jury found." This is merely a judgment for costs, and not a final adjudication disposing of the case. (*Little v. Gamble*, 47 Neb., 827, and cases there cited.) The record failing to show a final judgment, the petition in error is

DISMISSED.